UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

CASE NO. 17-cv-23198-KMW
Honorable Kathleen Williams

| | |
|---|---|
| ANAUEL CATERING CORP., <br>　　　　　　　Appellant. <br><br> v. <br><br> KC Property, LLC., <br>　　　　　　　Appellee | Bankruptcy Case No. 17-11807-LMI <br> CHAPTER 11 |

**JOINT NOTICE OF VOLUNTARY DISMISSAL**

　　　　Appellant Anauel Catering Corp., pursuant to Fed. R. Bankr. P. 8023, provides notice that it is voluntarily dismissing this appeal based upon the bankruptcy court's vacatur of the order on appeal. Appellee, KC Property, LLC agrees with this dismissal, and the parties have agreed to bear their own fees and costs for the appeal.

1

CASE NO. 17-cv-23198-KMW

Respectfully submitted,

Alberto Carrero
  Florida Bar No. 734896
Alberto Carrero, PA
169 E. Flagler Street, Ste. 1530
Miami, Florida 33131
Telephone: (786) 406-1764
Facsimile: (305) 357-8181
Email: albertocarrero@gmail.com

Daniel M. Samson
  Florida Bar No. 866911
Samson Appellate Law
201 S. Biscayne Boulevard, #2700
Miami, Florida 33131
Telephone: (305) 341-3055
Facsimile: (305) 379-3428
Email:  dan@samsonappellatelaw.com
            leah@samsonappellatelaw.com


and

George A. Minski, Esq.
Fla. Bar No. 724726
Law Offices of George A. Minski, P.A.
2475 Hollywood Boulevard
Hollywood, FL 33020
Tel. 305-792-2200
Fax 7865-472-6990
Email: gminski@minskilaw.com


By:        /s/ Daniel M. Samson
            Daniel M. Samson
    *Co-Counsel for Anauel Catering Corp.*


By:        /s/ George A. Minski
            George A. Minski
        *Counsel for KC Property, LLC*

CASE NO. 17-cv-23198-KMW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Daniel M. Samson
        Daniel M. Samson